PROB 12C
(7/93)

# United States District Court
## for the
### Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyree L. Allen        Case Number: 5:03CR00420-001

Name of Sentencing Judicial Officer:    Honorable Frederick J. Scullin, Jr., Senior U.S. District Judge

Date of Original Sentence:    11/10/04

Original Offense:    Possession with Intent to Distribute and Distribution of Cocaine Base
21 U.S.C. §841(a)(1)

Original Sentence:    22 months imprisonment and 6 years supervised release

Type of Supervision:    Supervised Release      Date Supervision Commenced:    May 6, 2005

Asst. U.S. Attorney:    Ransom P. Reynolds      Defense Attorney:    Lisa Peebles

---

## PETITIONING THE COURT

[X]    **To issue a warrant**
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Criminal Conduct: Allen was arrested on March 11, 2006, and charged with Harassment 2nd, a violation. This arrest stemmed from an alleged domestic violence interchange between the defendant and his paramour. This information is based on reports from the Syracuse City Police Department. (Grade C violation) |
| 2. | Standard Condition #7: Defendant shall not use, possess, distribute or administer any controlled substances: On November 22, 2005, Allen submitted to a urinalysis which was positive for cocaine. This information is based on a lab report. (Grade C violation) |

Prob 12C                                              -2-                    Petition for Warrant or Summons
                                                                              for Offender Under Supervision

Name of Offender: Tyree L. Allen                              Case Number:  5:03CR00420-001

3.    Modification 3/29/06: The defendant shall serve 4 months at a Community
      Corrections Center and abide by the rules of the Center.
      On May 10, 2006, Allen was ticketed for sound reproduction (a violation of the
      noise ordinance) by Syracuse City Police. In receiving this ticket, the defendant
      violated the Syracuse Pavilion prohibition from committing an act against
      federal, state or local laws.

      On May 23, 2006, the defendant signed out to report to work at 0518 hours and
      he returned to the Syracuse Pavilion at 1723 hours. Allen's only legitimate
      destination on this date was his employment site.  On May 30, 2006, it was
      confirmed through the defendant's employer that on May 23, 2006, Allen
      worked between the hours of approximately 1300 to 1430 hours. The defendant
      was unaccountable for numerous hours and has been charged with having an un-
      excused absence from work.

      On May 29, 2006, Allen was signed out of the Syracuse Pavilion at 1604 to get a
      haircut at the Blues brothers Barbershop located on Salina Street, Syracuse, N.Y.
      At approximately 1640 hours, Syracuse Pavilion staff members conducted a site
      visit, and Allen was not present. When the defendant returned to the Syracuse
      Pavilion at 1739, he failed to present proof (receipt for payment ) of his visit to
      the barbershop. The defendant was charged with violating a Syracuse Pavilion
      rule by not being where he was released to and with providing a false statement
      to the staff member on his whereabouts.

      On May 29, 2006, the defendant was charged with threatening another with
      bodily harm in that a Syracuse Pavilion monitor heard Allen state "if they come
      to get me I am going to spit in the staffs' face." This information is based on
      reports from the Syracuse Pavilion. (Grade C violation)

U.S. Probation Officer Recommendation:
      The term of supervision should be:
            [X]    Revoked
            [ ]    Extended for  year(s), for a total term of  years.
[ ]    The conditions of supervision should be modified as follows:

                                            Respectfully submitted,

                                            PAUL W. DeFELICE
                                            Chief U.S. Probation Officer


            I declare under penalty of perjury that the foregoing is true and correct.

                                            Executed on:  _____May 31, 2006_____

      _____    by:  _____

                                            MARK A. WALKER
                                            Senior U.S. Probation Officer

Prob 12C                                    -3-                     Petition for Warrant or Summons
                                                                   for Offender Under Supervision

Name of Offender:  Tyree L. Allen                       Case Number:  5:03CR00420-001


## THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Summons
[ ]   Other
[ ]   The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until
      such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED** <u>**NOT**</u> to serve a copy of this petition or
any of the attached documents upon anyone EXCEPT that a copy is to be served upon law
enforcement personnel. Copies shall be served upon the unsealing of the petition.


_____
Signature of Judicial Officer

6/2/06
_____
Date